(Argued May 21, 1935; decided June 4, 1935.)

*Charles P. Barre* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

*Henry Redman Dutcher* and *Leonard Marafioti* for claimant, respondent.

Order affirmed, with costs; no opinion. (See 268 N. Y. 668.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.